IFP Submitted

N/S

Ryan Sinclair
P.O. box 2081
Laguna Hills, CA 92654
949 289 0744

Ryan Sinclair, IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT

APR 1 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

Ryan Sinclair,
                    Plaintiff,

        vs.

County of Orange,
Jerell Bosley,
Carmona,
D. Agar,
Doe's 1-10
                    Defendant.

No.  Case Number 8.26-CV-00938-CV(KES)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**
**42 U.S.C § 1983 fourth and fourteenth amendment**
**Intentional Infliction of Emotional Distress**
**Monell Liability**
**Negligence**
**Failure to train and supervise**
**Assault**
**Battery**
**Failure to intervene Cal gov. Code Section 7286(9)**
**Gov Tort Claims Act Cal Gov Code 810-996.6**

**Jury Trial Demanded:  Yes  X            No**

I.JURISDICTION 1.

1.  This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

II.VENUE

2.Venue is proper pursuant to 28 U.S.C. § 1391 because  the event/events alleged in this complaint took place in Laguna Niguel, California and/or patrolled by the Orange County Sheriff's Department.

1

DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

### III. PARTIES

3.    Plaintiff _____ Ryan Sinclair _____ resides at:
*(your full name)*

P.O. Box 2081 LagunaHills, CA 92654

_____
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____ County of Orange _____ works at
*(full name of Defendant)*
Employed with the Orange County Sheriff Department _____.
*(Defendant's place of work)*

Defendant's title or position is _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☐ official capacity

This Defendant was acting under color of law because: each of them, were the ag

agents, servants and employees of the other Defendants and were acting at all

times within the scope of their agency and employment and with the

5. Defendant _____ Jerrell Bosley _____ works at
*(full name of Defendant)*
Orange County Sheriff Deparment _____.
*(Defendant's place of work)*

Defendant's title or position is _____ Deputy _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity                    ■ official capacity

This Defendant was acting under color of law because: they were acting unde the

authority of the orange County Sherriff Department

_____

2
_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____Carmona_____ works at

*Insert ¶ #*   *(full name of Defendant)*

Orange County Sheriff Department

*(Defendant's place of work)*

Defendant's title or position is _____Deputy_____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because they were acting under the authority of the Orange County Sheriff Department

_____

_____

_____

___. Defendant _____D. Agar_____ works at

*Insert ¶ #*   *(full name of Defendant)*

Orange County Sheriff Deparment

*(Defendant's place of work)*

Defendant's title or position is _____Deputy_____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

■ individual capacity          ■ official capacity

This Defendant was acting under color of law because they were acting under the authority of the orange county Sheriff Department

_____

_____

_____

3
—————
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

Defendant                    Doe's 1-10                                works at

Orange County Sheriff Department

Defendant's title or position is                    Deputy, supervisor

This Defendant is sued in his/her (check one or both):

X  individual capacity      X   official capacity

This Defendant was acting under color of law because Plaintiffs are informed, believe, and thereupon allege that Does 1 through 10 were the agents, servants, and employees of Defendants County of Orange and/or the OCSD. Plaintiffs are ignorant of the true names and capacities of Defendants sued herein as Does 1 through 10, inclusive, and therefore sue these Defendant by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. The individual Doe Defendants are sued in both their individual and official capacities.

4

2
DOCUMENT TITLE (e.g., COMPLAINT FOR DAMAGES)

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

____. On March 9th 2025 at about 10:10 am I drove to CVS pharmacy located at

*Insert ¶ #*

29995 Alicia parkway, Laguna Niguel CA 92677. I parked my car and while sitting inside my car, an Orange County Sheriff department patrol Vehicle pulled to the front of my vehicle. I recognized the Officer as Jerell Bosley # 10759 from a previous incident that happened on January 16th 2023. In that incident I was unlawfully stopped, unlawfully detained, and unlawfully searched. I asked the County of Orange for the dash and body camera from that incident but

____. was only sent about half. They denied and deleted the most harmful acts

*Insert ¶ #*

during that unlawful detainment. Even with what was sent to me, it's still very clear to see my rights being violated. Back to March 9th 2025, he then drove to the back of my vehicle and stopped. After a while I got out and walked to go inside CVS to pick up my prescription medicine that I had been doing for two years since I moved into the area. Officer Bosley yelled something at me but I could not make of what he said. He then drove off down the the Albertsons store

____. which is attached to the same building. When I went into CVS the

*Insert ¶ #*

pharmacy was closed because they changed there hours to opening at 11am on Sundays. I went back outside to my car to wait until the pharmacy opened. While outside next to my car I observed Deputy Bosley conferring with another deputy, Deputy D. Agar who had also arived at the Albertsons. I then watched them drive to the back of the parking lot and stop. Both Officers then proceeded to drive towards my direction. I knew at this point I was about to be unlawfully stopped and deatined since it's happened over 130 times with the Orange County Sheriff Department. I got my cell phone camera ready to record and sure enough

5

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

____. Deputy Bosley pulled up right next to me impeding traffic, got out his

*Insert ¶ #* vehicle and said, " whats up sir" I answered "whats up". He then started walking towards me and asked "are you on probation or parolee". I was not and am not currently on probation or parolee. California law requires police officers to state the reason for a traffic or pedestrain stop before asking any questions. After a few words being exchanged like if he remebered me, which he said he didn't. I asked to make sure his body camera was on and filming which he pointed too and said yes. Officer Bosley lied and said I was ashing on the ground which I wasn't.

____. That was a way for him to find a legal way to detain me.My cell phone

*Insert ¶ #* footage and his body camera footage will show that. Deputy D. Agar then had walked up and they placed me in handcuffs. Another Deputy then came named Deputy Carmona. At that time I told all three officers I do not consent to being searched or my vehicle. I also asked to make sure all three body camera's were on because I will be asking for them. Deputy Bosley then said he was going to search me and asked about my keys and lighter inside my pocket. I was then placed in the back seat of officer Bosley vehicle. After about 20 minutes the officers took

____. me out of the vehicle to sign a citation, unhandcuff me and let me go. Four

*Insert ¶ #* officers stood aroung me, Carmona, D Agar, Doe, and Deputy Bosley who was tasked with unhandcuffing me. Instead of releasing my handcuffs he tightened them as hard as his physical strength could. He was laughing hysterically while still creating presuure of my wrist. Deputy Bosley having the present ability to willfully and unlawfully attempt to commit a violent injury on me. This was happening while all three officer just watched letting it happen. Officer Carmona said I was doing it to myself. Officer Bosley was creating injury with the handcuffs so bad that he broke the handcuffs on my wrist. Once he did that he

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Insert ¶ #*
___. it became more enjoyable and laughable. He could not control his laughing on the physical violence he was doing to me. He then instructed an officer to get bolt cutters out of their truck which gave me a moment to show the injury up close to Deputy Carmona, D Agar , Doe, and Bosley body cameras. They then cut the broken handcuff off my wrsit in clear view of the body cameras which also showed the swelling and injuries. Officer Bosley was still laughing uncontrollably. He then told me he get a life and I signed a citation. I was able to Get his information and had to ran to get Deputy Carmona information. All other

*Insert ¶ #*
___. officers ran off to their vehicles and drove off as fast as they could. Their supervisor showed up but he droved off as quick as he could knowing I was going to ask for his name and badge number.

*Insert ¶ #*

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

___.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ #    federal constitutional or statutory civil right:
by Violating the 4th and 14th amendment of U.S.C

___.    The above civil right was violated by the following Defendants:

Insert ¶ #
plaintiff repeats and realleged each and every allegation in procceding paragraphs
with the same force and effect as if fully set forth herein

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.    As Alleged above, Officer Bosley, Carmona, D Agar, and unknown OCSD

Insert ¶ #
officers unlawfully detained and used excessive force against the plaintiff
inluding using handcuffs to create serious and permante injury to plaintiff's wrist
while tightening them as tight as they could go intentionally to harm plaintiff

___.    As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ #    was harmed in the following way:
plaintiff has not be able to perform work duties, has had muiple Doctors apps,
has a shot to release air and pressure from wrist, a Cortisone shot to wrist,requires
surgury but just had a echocardiogram test first to make sure heart is strong enoug

8

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 2 )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. Intentional Infliction of Emotional Distress (IIED)

*Insert ¶ #*

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding paragraphs of this Complaint with the same force and effect as if fullyset forth herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown

*Insert ¶ #* OCSD officer unlawfully detained and used excessive force against plaintiff including using handcuffs to create serious and permante injury to plaintiff wrist. while tightening them as tight as they could go inentionally to harm plaintiff

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

plaintiff being laughed at in public and brutally beaten in public by officers

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 3 )

*(insert Claim#)*

____.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____.  Negligence

*Insert ¶ #*

_____

_____

_____

_____

_____

____.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding

paragraphs of this Complaint with the same force and effect as if fully set forth

herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____.  AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown

*Insert ¶ #* OCSD officer unlawfully detained and used excessive force against plaintiff

including using handcuffs to create serious and permante injury to plaintiff wrist.

while tightening them as tight as they could go inentionally to harm plaintiff

_____

_____

_____

____.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

plaintiff being laughed at in public and brutally beaten in public by officers

_____

_____

_____

10

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 4 )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. Monell Liability

*Insert ¶ #* _____

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding paragraphs of this Complaint with the same force and effect as if fullyset forth herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown

*Insert ¶ #* OCSD officer unlawfully detained and used excessive force against plaintiff including using handcuffs to create serious and permante injury to plaintiff wrist. while tightening them as tight as they could go inentionally to harm plaintiff

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

plaintiff being laughed at in public and brutally beaten in public by officers

_____

_____

11

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 5 )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. Battery

*Insert ¶ #*

_____

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding

paragraphs of this Complaint with the same force and effect as if fullyset forth

herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown

*Insert ¶ #*
OCSD officer unlawfully detained and used excessive force against plaintiff

including using handcuffs to create serious and permante injury to plaintiff wrist.

while tightening them as tight as they could go inentionally to harm plaintiff

_____

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

plaintiff being laughed at in public and brutally beaten in public by officers

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 6 )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. Failure to Intervene
*Insert ¶ #*

_____

_____

_____

_____

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding paragraphs of this Complaint with the same force and effect as if fullyset forth herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown
*Insert ¶ #*
OCSD officer unlawfully detained and used excessive force against plaintiff including using handcuffs to create serious and permante injury to plaintiff wrist. while tightening them as tight as they could go inentionally to harm plaintiff

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
plaintiff being laughed at in public and brutally beaten in public by officers

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 7 )

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____.    Failure to train and supervise
*Insert ¶ #*

_____

_____

_____

_____

_____

___.    Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding

paragraphs of this Complaint with the same force and effect as if fullyset forth

herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____.    AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown
*Insert ¶ #*
OCSD officer unlawfully detained and used excessive force against plaintiff

including using handcuffs to create serious and permante injury to plaintiff wrist.

while tightening them as tight as they could go inentionally to harm plaintiff

_____

_____

___.    As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
plaintiff being laughed at in public and brutally beaten in public by officers

_____

_____

14

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 8 )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. The Bane Act

*Insert ¶ #*

_____

_____

_____

_____

_____

____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding

paragraphs of this Complaint with the same force and effect as if fullyset forth

herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown

*Insert ¶ #*

OCSD officer unlawfully detained and used excessive force against plaintiff

including using handcuffs to create serious and permante injury to plaintiff wrist.

while tightening them as tight as they could go inentionally to harm plaintiff

_____

_____

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

plaintiff being laughed at in public and brutally beaten in public by officers

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( 9 )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. 42 U.S.C. § 1983
*Insert ¶ #*

_____

_____

_____

_____

_____

____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

Plaintiffs repeat and reallege each and every allegation in the preceding

paragraphs of this Complaint with the same force and effect as if fullyset forth

herein.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. AS Alleged above , Officer Bosley, Carmona, D. Agar, and unknown
*Insert ¶ #*
OCSD officer unlawfully detained and used excessive force against plaintiff

including using handcuffs to create serious and permante injury to plaintiff wrist.

while tightening them as tight as they could go inentionally to harm plaintiff

_____

_____

____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
plaintiff being laughed at in public and brutally beaten in public by officers

_____

_____

16

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____. entry of judgment in their favor andagainst Defendants as follows:

*Insert ¶ #*

a. For compensatory damages, under federal and state law (including all damages and penalties available pursuant to Civil Code Section 52.1), reasonable costs of suit, and interest, in an amount to be determined at trial

b. _____ For punitive damages against the individual (non-government entity)

*Insert ¶ #*

Defendants in an amount to be proven at trial;

c. _____ For attorneys' fees including attorneys' fees pursuant to 42 U.S.C.

*Insert ¶ #*

Section 1988 for the federal constitutional claims under 42 U.S.C. Section 1983, Civil Code Section 52.1 for the Bane Act claim; and Code of Civil Procedure Section 1021.5 for the other state law claims; and

d. _____ For such further relief as the Court may deem just, proper, and

*Insert ¶ #*

Dated: 4/17/26

Sign: _____

Print Name: Ryan Sinclair

17

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _4/17/26_____

Sign: _____

Print Name: Ryan Sinclair _____

Civil Rights Complaint Pursuant to U.S.C. § 1983