**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.  8:26-cv-00938-CV-KES                                    Date:  July 10, 2026

Title:  RYAN SINCLAIR v. COUNTY OF ORANGE, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

|  Jazmin Dorado  |  Not Present  |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**        **Scheduling Order Re Defendants'
Motion to Dismiss (Dkt. 15)**

On July 8, 2026, Defendants County of Orange and Deputies Bosley, Carmona, and Agar filed a Motion to Dismiss Plaintiff's Complaint (Dkt. 1).  (Dkt. 15.)

IT IS HEREBY ORDERED that:

1.    The hearing noticed for September 1, 2026, is ordered **off calendar**.  The Court finds this matter appropriate for resolution without oral argument.  Fed. R. Civ. P. 78; L.R. 7-15.

2.    Plaintiff shall file an opposition on or before **August 7, 2026**.  Alternatively, Plaintiff may file a First Amended Complaint on or before **August 7, 2026**, attempting to remedy the pleading defects identified in the Motion to Dismiss.

3.    Defendants shall file a reply on or before either (1) **August 21, 2026**, or (2) **fourteen days after Plaintiff's opposition is docketed**, whichever comes later.

4.    **If Plaintiff fails to respond to the Motion to Dismiss or request an extension before the deadline, the Court may dismiss this lawsuit for failure to prosecute.**

Initials of Deputy Clerk jd

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-00938-CV-KES                                    Date: July 10, 2026

Page 2

| **Free Legal Help for People Without an Attorney** | | |
|---|---|---|
| **Los Angeles** | **Santa Ana** | **Riverside** |
| *Location:*<br>Edward Roybal R. Federal Building and Courthouse<br>255 East Temple Street<br>Suite 170 (Terrace Level)<br>Los Angeles, CA 90012<br><br>*Hours:*<br>Wednesday<br>10:00 a.m. – 12:00 p.m. and<br>1:00 p.m. – 3:00 p.m.<br><br><br>To make an appointment or for more information, contact Public Counsel at:<br>(213) 385-2977, ext. 270 | *Location:*<br>Ronald Reagan Federal Building and Courthouse<br>411 W. 4th Street<br>Room 1055 (1st Floor)<br>Santa Ana, CA 92701<br><br>*Hours:*<br>Tuesday<br>1:00 p.m. – 4:00 p.m. (virtual)<br>Thursday<br>10:00 a.m. – 12:00 p.m. and<br>1:30 p.m. – 3:30 p.m.<br>(in person at the courthouse)<br><br>For more information, contact Public Law Center at:<br>(714) 541-1010, Ext. 222 | *Location:*<br>George E. Brown Federal Building<br>3420 Twelfth Street<br>Room 125<br>Riverside, CA 92501<br><br>*Hours:*<br>Monday and Wednesday<br>9:00 a.m. – 3:00 p.m.<br><br><br>For more information, contact Public Service Law Corporation at:<br>(951) 682-7968 |
| **Visit the Court's website for further information:**<br>**http://prose.cacd.uscourts.gov/federal-pro-se-clinics** | | |